UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Douglas A. Fifer, Jr., | ) | CASE NO.: 5:20CV2463 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Sequium Asset Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On November 9, 2020, the parties filed a notice of settlement. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


December 3, 2020                    /s/ Judge John R. Adams
                                    JUDGE JOHN R. ADAMS
                                    UNITED STATES DISTRICT COURT

1